RUSK

v.

**UNIVERSITY OF UTAH RISK MGMT**

20170021

Supreme Court of Utah.

02-22-2017

20160850

Petition for Writ of Certiorari Denied.

STATE

v.

**SANCHEZ**

20160911

Supreme Court of Utah.

02-07-2017

20140749
380 P.3d 375

Petition for Writ of Certiorari Granted.

**WITTINGHAM**

v.

**TNE LIMITED**

20160899

Supreme Court of Utah.

01-30-2017

20140751
380 P.3d 397

Petition for Writ of Certiorari Granted.

**BLACKMORE**

v.

**L D DEVELOPMENT**

20160841

Supreme Court of Utah.

02-17-2017

20131177
382 P.3d 655

Petition for Writ of Certiorari Denied.